**People of the State of Illinois, Defendant in Error, v. Vito Cerino, Plaintiff in Error.**

**Gen. No. 47,725.**

First District, First Division.

November 30, 1959.

Released for publication February 9, 1960.

McCoy, Ming, and Leighton (George N. Leighton, of counsel) for plaintiff in error; Benjamin S. Adamowski, State's Attorney of Cook county (Francis X. Riley and William L. Carlin, of counsel) for defendant in error. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.